# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

148865

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ANTHONY EUGENE FLEMMING,
     Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,
NEWBERRY CORRECTIONAL FACILITY
WARDEN, and KENT COUNTY
PROSECUTOR,
     Defendants-Appellees.

SC:  148865
COA:  318227
Luce CC:  13-005672-AH

_____/

On order of the Court, the application for leave to appeal the January 23, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014



Clerk

p0616